UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-21063-CIV-ALTONAGA

DAVID ALLEN,
    Plaintiff

vs.

CITY OF MIAMI, a Municipal corporation
in Miami-Dade County, State of Florida,
POLICE OFFICER LEO TAPANES, and
POLICE OFFICER PABLO CAMACHO,
LT. ISRAEL GONZALEZ, OFFICER
CARLOS AVILA, OFFICER JACK CALVAR,
OFFICER NELSON ANDREU, and MAJ. CHRISTMAS
individually and as agents of the City of
Miami and the City of Miami Police Department,
all jointly and severally,
    Defendants.
_____/



**PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE**

    NOW COMES the Plaintiff by and through his undersigned counsel and moves this Honorable Court to grant Plaintiff's Motion for Substituted Service as such relates to Defendants Carlos Avila, Jack Calvar and Israel Gonzalez.

    That the captioned cause of action was filed on April 29, 2003, said cause alleged in pertinent part that the individual Defendants and the City of Miami violated the Plaintiff's Constitutional rights under 42 U.S.C. Section 1983.

    That all Defendants have been served and have responded pursuant to the Federal Rules of Civil Procedure except Defendants Avila, Calvar and Gonzalez.

    That the three Defendants Avila, Calvar and Gonzalez have not been served for the

reasons set forth on the attached affidavits incorporated herein by reference and marked as **Exhibit 1**.

That counsel in the name of Henry J. Hunnefeld, Esq., has appeared for the City of Miami and individual defendants Camacho, Christmas and Andreu.

That Plaintiff's counsel has sought concurrence and/or cooperation from Mr. Hunnefeld, however, he indicated that concurrence or cooperation shall not be forthcoming for the reasons set forth in the attached Memorandum of Law.

That Plaintiff is before this Court requesting substituted service in a form reasonably calculated to advise the individual Defendants Avila, Calvar and Andreu of this lawsuit including but not limited to: (i) regular and certified mail at the last know address, (ii) regular mail c/o of the City of Miami Police Department, (iii) regular service upon the Chief of Police for the City of Miami, (iv) posting, (v) publication, (vi) other methods as might be suggested by the Court.

WHEREFORE, the Plaintiff respectfully requests this Court enter an order for substituted service as such relates to individual Defendants Avila, Calvar and Gonzalez.

### MEMORANDUM OF LAW

The above captioned cause of action is one wherein the Plaintiff alleges that the individual Defendants and the City of Miami violated his Constitutional rights. All Defendants have been served except for Defendants Avila, Calvar and Gonzalez.

Personal delivery of summons within the jurisdiction is a classic means of giving notice, while other means, such as service under long-arm statutes or constructive and substituted service are permissible so long as the particular form of service used is reasonably calculated to

give the defendant actual notice of the proceedings and an opportunity to be heard. <u>Mullane v. Central Hanover Bank & Trust Co.</u>, 339 U.S. 306, 94 L.Ed. 865, 70 S.Ct. 652 (1950), <u>Jacobs v. Roberts</u>, 223 US 261, 56 L.Ed 429, 32 S.Ct. 303 (1912); <u>Milliken v. Meyer</u>, 311 U.S. 457, 85 L.Ed 278, 61 S.Ct. 339 (1940). It is the position of the Plaintiff that this Court can order the Defendant City of Miami to produce a records custodian only for the purpose of producing the last known addresses for Defendants Avila, Calvar and Gonzalez. Therefore, Plaintiff is before this Court requesting substituted service in a form reasonably calculated to advise the individual Defendants of this lawsuit including but not limited to: (i) regular and certified mail at the last know address, (ii) regular mail c/o of the City of Miami Police Department, (iii) regular service upon the Chief of Police for the City of Miami, (iv) posting, (v) publication, (vi) other methods as might be suggested by the Court.

As can be gleaned from the attached affidavits, the following are the reasons why Defendants Avila, Calvar and Andreu have not been served:

<u>Defendant Avila</u>: This Defendant is simply evading service as five attempts at various times have proved unsuccessful. Plaintiff has no information concerning and is unable to learn of Defendant Avila's home address.

<u>Defendant Calvar</u>: This Defendant has retired from the City of Miami police department with no known forwarding address. Service was attempted at the Miami Police Department on April 30, 2003. A possible address was found for Mr. Calvar (namely, 2611 SW 24th Street, Miami, Florida), however, no one was found at home.

<u>Defendant Gonzalez</u>: This Defendant has been 'relieved of duty' pursuant to information provided by the Miami Police Department and Plaintiff has no information regarding this Defendant's home address.

As this Court is probably aware, police officers for good reason, do not publish or otherwise make known their home addresses so if they cannot be served at work, personal service cannot be accomplished.

Plaintiff's counsel spoke with City of Miami Attorney Hunnefeld concerning a solution to this situation. The undersigned suggested the deposition of a records custodian for the City of Miami, who, on an off-the-record basis could disclose home addresses or last known addresses of the Defendants not served. Counsel for the City of Miami stated that pursuant to Florida Statute, the record custodian for the City of Miami would not release such information.

It would seem that Defendant Calvar who is retired has pension checks sent somewhere and that such information is readily available to the City of Miami and its Police Department. Defendant Gonzalez who is supposedly on some sort of administrative leave is technically still employed by the City of Miami and his address is easily obtainable. As to Defendant Avila, who appears to be avoiding service, the Plaintiff would argue that substituted service in the form of leaving a copy of the summons and complaint at his duty station with the person in charge might be a possible means of service. The Plaintiff would certainly agree to any order to the effect that information gathered for purposes of service of process not be put on any record or otherwise made public in any way.

WHEREFORE, the Plaintiff respectfully requests this Court enter an order for substituted service as such relates to individual Defendants Avila, Calvar and Gonzalez.

I HEREBY CERTIFY that a copy of the foregoing was mailed June 4, 2003, to City Attorney for the City of Miami, attention Henry J. Hunnefeld, Esq., Assistant City Attorney, 945 Miami Riverside Center, 444 SW 2nd Avenue, Miami, FL 33130-1910, Ronald J. Cohen, P.A., Jose J. Arrojo, Esq., 8100 Oak Lane, Suite 403, Miami Lakes, FL 33016-5876.

JOHN J. HOFFMAN, P.L.
Attorney for Plaintiff
10194 Osprey Trace
West Palm Beach, FL 33412
(516) 775-0661 (Telephone)
(561) 493-8731 (Facsimile)
jjhesqpl@earthlink.net

By: _____
John J. Hoffman
FBN: 0604755

By: _____
Cara C. Morris
FBN: 0555991

# AFFIDAVIT OF SERVICE

State of Florida            County of Southern District of            United States Distri Court

Case Number: 03-21063-CIV-HUCK

Plaintiff:
**DAVID ALLEN**

vs.

Defendant:
**CITY OF MIAMI, a Florida Municipal Corporation in Miami-Dade County, State of Florida, et.al,**

For:
John Hoffman Esq.
JOHN J. HOFFMAN ESQ.
10194 Osprey Trace
West Palm Beach, FL  33412

Received by KING'S INVESTIGATIVE SERVICES, INC. on the 30th day of April, 2003 at 10:53 am to be served on **LT. ISRAEL GONZALEZ Miami Police Dept. 400 NW 2nd Ave, Miami, Fl.**

I, Curtis King, being duly sworn, depose and say that on the 12th day of May, 2003 at 6:10 pm, I:

**NON-SERVED** After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** for the reason that I failed to find I was unable to obtain a correct address for Israel Gonzalez or information to allow further search.

**Additional Information pertaining to this Service:**
Mr Israel Gonzalez is on "Relief of duty" per Miami Police Department Internal Affairs. I checked with Internal Affairs and was given a phone number for Mr. Gonzalez. When I called the number it rings to what appears to be a fax machine.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 13th day of May, 2003 by the affiant who is personally known to me.

Carnell C. Johnson
NOTARY PUBLIC


Carnell C Johnson
My Commission DD123997
Expires June 08, 2006

Curtis King
Sps #273

KING'S INVESTIGATIVE SERVICES, INC.
P.O. Box 1411
Boynton Beach, FL  33425-1411
(561) 547-4600

Our Job Serial Number: 2003000022
Ref: 0403

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

## AFFIDAVIT OF SERVICE

State of Florida        County of Southern District of        United States Distri Court

Case Number: 03-21063-CIV-HUCK

Plaintiff:
**DAVID ALLEN**

vs.

Defendant:
**CITY OF MIAMI, a Florida Municipal Corporation in Miami-Dade County, State of Florida, et.al,**

For:
John Hoffman Esq.
JOHN J. HOFFMAN ESQ.
10194 Osprey Trace
West Palm Beach, FL 33412

Received by KING'S INVESTIGATIVE SERVICES, INC. on the 30th day of April 2003 at 10:53 am to be served on **OFFICER CARLOS AVILA   Miami Police Dept. 400 NW 2nd Ave, Miami, Fl.**

I, Curtis King, being duly sworn, depose and say that on the 12th day of May, 2003 at 6:15 pm, I:

**NON-SERVED**: After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** for the reason that I failed to find Mr. Avila was never available at work or information to allow further search.

**Additional Information pertaining to this Service:**
I have made several attempts to served Mr. Avila. at the Miami Police Dept.(Juvenile/Missing Persons unit) and was told each time  Mr. Avila was not in. Here is a list of dates and times of my attempts. 5/1/03 - 4:25pm; 5/2/03- 1:52pm, 5/6/03- 2:43pm; 5/8/03- 3:35pm; 5/9/03- 11:52am.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served

Subscribed and Sworn to before me on the 13th day of May, 2003 by the affiant who is personally known to me.

_Carnell C. Johnson_
NOTARY PUBLIC

Carnell C Johnson
My Commission DD123997
Expires June 08, 2006

_Curtis King_
Sps #273

KING'S INVESTIGATIVE SERVICES, INC.
P.O. Box 1411
Boynton Beach, FL 33425-1411
(561) 547-4600

Our Job Serial Number: 2003000019
Ref: 0403

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

## AFFIDAVIT OF SERVICE

State of Florida      County of Southern District of      United States Distri Court

Case Number: 03-21063-CIV-HUCK

Plaintiff:
**DAVID ALLEN**

vs.

Defendant:
**CITY OF MIAMI, a Florida Municipal Corporation in Miami-Dade County, State of Florida, et.al,**

For:
John Hoffman Esq.
JOHN J. HOFFMAN ESQ.
10194 Osprey Trace
West Palm Beach, FL 33412

Received by KING'S INVESTIGATIVE SERVICES, INC on the 30th day of April, 2003 at 10:53 am to be served on **OFFICER JACK CALVAR Miami Police Dept. 400 NW 2nd Ave, Miami, Fl.**

I, Curtis King being duly sworn, depose and say that on the **12th day of May, 2003 at 6:05 pm**, I:

**NON-SERVED**: After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** for the reason that I failed to find anyone at the residence or information to allow further search.

**Additional Information pertaining to this Service:**
Mr. Calvar has retired from the Miami Police Dept. I have located a 2nd address (2611 SW 24th St Miami) for Mr. Calvar, but I am unable to positively determine that it is his primary residence. I have made several attempts to execute service, but never found anyone at home. Here's a list of attemps on Mr Jack Calvar. 5/2/03 at 5:35pm & 7:42pm, 5/06/03 at 1:10pm, 5/08/03 at 11:22am and 7:03pm, 5/09/03 at 2:07pm

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 13th day of May, 2003 by the affiant who is personally known to me.

_Cornell C. Johnson_
NOTARY PUBLIC

Cornell C Johnson
My Commission DD123697
Expires June 09, 2006

Curtis King
Sps #273

KING'S INVESTIGATIVE SERVICES, INC.
P.O. Box 1411
Boynton Beach, FL 33425-1411
(561) 547-4600

Our Job Serial Number 2003000024
Ref: 0403

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f