UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 03-21063-CIV-ALTONAGA/BANDSTRA

DAVID ALLEN,

    Plaintiff,

vs.

CITY OF MIAMI, a municipal corporation, in
Miami-Dade County, State of Florida, et al.,

    Defendants.
_____/

## NOTICE OF TENTATIVE SETTLEMENT
## AND REQUEST FOR EXTENSION OF DEADLINES

Defendant, THE CITY OF MIAMI, (the "CITY"), and Plaintiff, DAVID ALLEN, by and through undersigned counsel hereby notifies this honorable Court of the tentative settlement of all claims against all parties. This settlement is subject to approval of the City Commission. The parties are endeavoring to bring this matter before the Commission on the April 28, 2005, Agenda. Assuming this matter is brought before the Commission on that date, the Mayor by ordinance has ten (10) days to veto the settlement.

Based on the foregoing, Plaintiff requests and the City joins that all deadlines presently set be stayed including, but not limited to, those set forth in the Court's Order Requiring Supplemental Memorandum of Law dated March 28, 2005. It is also requested that the trial of this case be continued from the May 2, 2005, date. The parties suggest that this Court set a date for Status Conference after the running of the ten (10) days for Mayoral veto has run. That Status



CASE NO. 03-21063-CIV-ALTONAGA

Conference would be automatically cancelled if the parties submit a Notice of Final Settlement and Stipulation for Dismissal with Prejudice prior to the date set for the Conference.

**RESPECTFULLY SUBMITTED** on this 31st day of March, 2005.

| | |
|---|---|
| JORGE L. FERNANDEZ, <br> CITY ATTORNEY and <br> HENRY J. HUNNEFELD, <br> Assistant City Attorney <br> Counsel for the City of Miami <br> 945 Miami Riverside Center <br> 444 SW 2nd Avenue <br> Miami, Florida 33130-1910 <br> (305) 416-1800 | John J. Hoffman, Esquire <br> Hoffman & Morris, LLC <br> 2655 North Ocean Drive <br> Singer Island, Florida 33404 <br> (561) 840-3406 Tel. <br> (561) 840-3407 Fax |
| By: _____ <br> HENRY J. HUNNEFELD <br> Florida Bar No. 343811 | By: _____ <br> JOHN J. HOFFMAN <br> Florida Bar No. 604755 |

CASE NO. 03-21063-CIV-ALTONAGA

Conference would be automatically cancelled if the parties submit a Notice of Final Settlement and Stipulation for Dismissal with Prejudice prior to the date set for the Conference.

**RESPECTFULLY SUBMITTED** on this 31st day of March, 2005.

| | |
|---|---|
| JORGE L. FERNANDEZ, <br> CITY ATTORNEY and <br> HENRY J. HUNNEFELD, <br> Assistant City Attorney <br> Counsel for the City of Miami <br> 945 Miami Riverside Center <br> 444 SW 2nd Avenue <br> Miami, Florida 33130-1910 <br> (305) 416-1800 | John J. Hoffman, Esquire <br> Hoffman & Morris, LLC <br> 2655 North Ocean Drive <br> Singer Island, Florida 33404 <br> (561) 840-3406 Tel. <br> (561) 840-3407 Fax |
| By: _____ <br> HENRY J. HUNNEFELD <br> Florida Bar No. 343811 | By: _/s/ John J. Hoffman_____ <br> JOHN J. HOFFMAN <br> Florida Bar No. 604755 |