UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-21063-CIV-ALTONAGA/TURNOFF

DAVID ALLEN,

    Plaintiff,

vs.

CITY OF MIAMI, a municipal corporation,
in Miami-Dade County, State of Florida, et al.,

    Defendant.
_____/



## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned counsel, show the Court that all matters and things in controversy in this action, including attorney's fees and costs, have been amicably settled and move that the above-styled cause be dismissed, as against the CITY OF MIAMI, Major Franklin E. Christmas, Lt. Israel Gonzalez, Officer Pablo Camacho, Officer Leonel Tapanes, Officer Carlos Avila, Officer Nelson Andreu, and Officer Jack Calvar, with prejudice to Plaintiff.

DATED: 5/19/05

JORGE L. FERNANDEZ,
CITY ATTORNEY and
HENRY J. HUNNEFELD,
Assistant City Attorney
444 SW 2nd Avenue, Suite 945
Miami, Florida 33130-1910
(305) 416-1800

By: _____
HENRY J. HUNNEFELD
Florida Bar No. 343811

DATED: 5/18/05

Ronald J. Cohen, Esquire
Andrew Jackson Building
8100 Oak Lane, Suite 403
Miami Lakes, Florida 33016

By: _____
Ronald J. Cohen, Esquire
Fla. Bar No. 235504

DATED: _____

John J. Hoffman, Esquire
Hoffman & Morris, LLC
2655 North Ocean Drive
Singer Island, Florida 33404
(561) 840-3406 Tel.
(561) 840-3407 Fax

By: _____
JOHN J. HOFFMAN
Florida Bar No. 604755

167